NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WILCO MARSH BUGGIES AND DRAGLINES, INC.,**
*Plaintiff-Appellant*

**v.**

**WEEKS MARINE, INC.,**
*Defendant-Appellee*

---

2026-1603

---

Appeal from the United States District Court for the Eastern District of Louisiana in No. 2:20-cv-03135-CJB-JVM, Judge Carl J. Barbier.

---

## O R D E R

Upon consideration of the parties' joint stipulation of dismissal under Federal Rule of Appellate Procedure 42(b),

2WILCO MARSH BUGGIES AND DRAGLINES, INC. v. WEEKS MARINE, INC.

IT IS ORDERED THAT:

(1)  This appeal is dismissed.[1]

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 20, 2026
      Date

ISSUED AS A MANDATE: May 20, 2026

---

[1]  In general, the court does not dismiss an appeal with or without prejudice, and the parties provide no basis to deviate from that practice here.